UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 20-7726-GW-ASx | | Date | December 21, 2020 |
|---|---|---|---|---|

| Title | *Carmen John Perri v. Rainbow Seafood Market, et al.* | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable    **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS – SCHEDULING ORDER**

The Court has reviewed the parties' Joint Rule 26(f) Report (Docket No. 23) and finds it can set the schedule in this matter without hearing further statements from the parties.  As per C.D. Cal. L.R. 7-15, the December 21, 2020 scheduling conference date is taken off-calendar. The Court has examined the case dockets for all civil cases filed by Plaintiff Carmen John Perri in the United States District Court for the Central District of California pursuant to its CM/ECF system and has determined that he has brought over 120 combined federal Americans with Disability Act of 1990 ("ADA") and California state Unruh Civil Rights Act ("Unruh Act") cases within twelve months before filing the present action.  The Court finds Plaintiff to be a "high-frequency litigant" as defined in Cal. Code of Civ. P. § 425.55.  Consequently, the Court will decline to exercise supplemental jurisdiction over his state Unruh Act claim.  This Court has repeatedly delineated its reasons for doing so in these ADA/Unruh Act cases brought by high-frequency litigants and, rather than repeating those reasons yet again, will simply reference and incorporate herein its ruling on the issue in its July 24, 2020 Order in *Sandra Edmonds v. KYS Enterprise, Inc.*, Case No. CV-20-3307-GW-(JEMx) at Docket No. 15.

Further, the Court notes that these ADA access cases normally do not raise very many issues of fact or law and are usually resolved within a relatively short period of time.

Pursuant to Fed. R. Civ. P. 16(b) and 26(f), the Court sets the following schedule:

1.  The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to January 8, 2021.  Thereafter, any further amendments must be made by motion under Rule 16.

2.  Post-mediation status conference is set for April 22, 2021 at 8:30 a.m., with mediation to be completed by April 20.  The parties have elected to mediate through the Alternative Dispute Resolution Panel in the Central District.

---

| CV-90 | CIVIL MINUTES—GENERAL | Initials of Deputy Clerk JG |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-7726-GW-ASx** | Date | December 21, 2020 |
|---|---|---|---|

| Title | *Carmen John Perri v. Rainbow Seafood Market, et al.* | Page | 2 of 2 |
|---|---|---|---|

3. All regular discovery will be completed by May 3, 2021. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. All expert discovery will be completed by May 28, 2021. The parties are to meet and agree in writing as to when initial expert reports will be exchanged and rebuttal expert reports thereafter.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is June 28, 2021.

6. The pre-trial conference will be held on July 22, 2021 at 8:30 a.m. *See* Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials at http://www.cacd.uscourts.gov/sites/default/files/documents/GW/AD/Final%20Pretrial%20Order.

7. Jury trial will begin on August 3, 2021 at 9:00 a.m.