JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RAINBOW SEAFOOD MARKET, a business of unknown form; RUEY JAN TSAI AND HUI LAN TSAI, individually and as co-trustees of the TSAI FAMILY TRUST, dated JUNE 11, 2002; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 20-7726-GW-ASx<br><br>**ORDER DISMISSAL WITHOUT PREJUDICE** |

1

[PROPOSED] ORDER
DISMISSAL WITHOUT PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action without Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Rainbow Seafood Market, Ruey Jan Tsai and Hui Lan Tsai ("Defendants"), the Court hereby enters a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: March 22, 2021

_____
HON. GEORGE H. WU, U.S. DISTRICT JUDGE